IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID KING,                               No. CIV-S-05-0858 MCE/KJM PS

      Plaintiff,

  v.                                      <u>ORDER</u>

CINGULAR WIRELESS, LCC,

      Defendant.
_____/

    This action was removed from state court on the basis of diversity jurisdiction under 28 U.S.C. § 1332. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On May 17, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

1  The court has reviewed the file and finds the findings and
2  recommendations to be supported by the record and by the
3  magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
4  that:
5     1.  The findings and recommendations filed May 17, 2005, are
6  adopted in full; and
7     2.  The above-entitled action is summarily remanded to the
8  Superior Court of California, County of Sacramento.
9  DATED: June 15, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2